# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 28, 2023

**BY ECF**
Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Xuliang Hou and Yuna Lin**
      **23 Cr. 482 (RMB)**

Dear Judge Berman:

    I write on behalf of both defendants—and with the consent of the government—to request the Court extend by one week both defendants' deadlines for securing their personal recognizance bonds with real property. The current deadline is today, September 28, and though the defendants are prepared to post their property in Philadelphia County, Pennsylvania, as prescribed by the release order, it has proven difficult to ascertain the proper procedure for doing so in that jurisdiction. All other bail conditions have been met.

    As noted, the government consents to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Benjamin Burkett
      Carlos M. Santiago, Jr., Esq.

---

Extension granted.

SO ORDERED:
Date: 9/28/23
Richard M. Berman, U.S.D.J.