

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2023

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Xuliang Hou*, et al., 23 Cr. 482 (RMB)

Dear Judge Berman:

The Government writes jointly with defense counsel to request a 60-day adjournment of the conference scheduled for November 28, 2023, in the above-referenced matter.

The Government moves to exclude time, pursuant to 18 U.S.C. § 3161(h)(7)(A), from November 28, 2023, to the new conference date, on the basis that the requested exclusion of time will permit the defense to review discovery and determine whether to file pretrial motions and permit the parties to discuss a resolution short of trial. On November 20, 2023, Clay Kaminsky, Esq, counsel for defendant Xuliang Hou, and James Michael Roth, Esq., counsel for defendant Yuna Lin, each consented in writing to the requested exclusion of time.

Conference is adjourned to 2/14/24 at 10 A.M.  Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 11/21/23
Richard M. Berman, U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Benjamin M. Burkett
Assistant United States Attorney
(212) 637-2455

cc:   Counsel of Record (by ECF)