**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,     :      23 CR. 482 (RMB)
                                           :
      - against -                     :      **ORDER**
                                           :
                                           :
XULING HOU,                                :
YUNA LIN,                                  :
                Defendant(s).   :
------------------------------------------------------------x

The status conference scheduled for Wednesday, February 14, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: February 7, 2024
       New York, NY

                                                                           RICHARD M. BERMAN
                                                                            U.S.D.J.