**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                    Government,   :   23 CR. 482 (RMB)
                                                   :
       - against -                             :   **ORDER**
                                                   :
                                                   :
XULIANG HOU,                                       :
YUNA LIN,                                          :
                                                   :
                    Defendant(s).  :
---------------------------------------------------------------x

       The status conference scheduled for Tuesday, April 30, 2024 at 11:30 A.M. will take place in Courtroom 17B.

Dated: April 24, 2024
       New York, NY

                                                           RICHARD M. BERMAN
                                                               U.S.D.J.