**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                Government,     :     23 CR. 482 (RMB)
                                          :
      - against -                        :     **ORDER**
                                          :
                                          :
XULIANG HOU,                              :
YUNA LIN,                                 :
                                          :
                Defendant(s).   :
---------------------------------------------------------------x

The status conference scheduled for Wednesday, October 9, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: October 1, 2024
       New York, NY

                                                        RICHARD M. BERMAN
                                                            U.S.D.J.