**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

October 1, 2024

BY ECF

The Honorable Richard M. Berman
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/24

Re: United States v. Hou, et al. Cr. 23-482 (RMB)

Dear Judge Berman:

I write with the consent of the government and co-counsel to request an adjournment of the October 9, 2024, conference scheduled in this matter for four weeks to allow the parties to continue to engage in further plea negotiations.

The defense consents to the entry of an order of excludable delay for the period of the requested adjournment.

Very truly yours,

s/ James Roth

Conference is adjourned to 11/12/24 at 9:00am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 10/2/24

Richard M. Berman, U.S.D.J.