**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Government, | :    23 CR. 482 (RMB) |
| | : |
| - against - | :    **ORDER** |
| | : |
| XULIANG HOU, | : |
| YUNA LIN, | : |
| | : |
| Defendant(s). | : |

---------------------------------------------------------------x

The status conference scheduled for Tuesday, November 12, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: November 6, 2024
      New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.