# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director and
Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 6, 2024

**BY ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Xuliang Hou and Yuna Lin,**
      **23 Cr. 482 (RMB)**

Dear Judge Berman:

I on behalf of all parties to request that the Court adjourn the status conferenced currently scheduled for November 12, 2024, in this matter until December 10, 2024 at 9:00 a.m., when I understand the Court and all parties are available.

The reason for this request is that the parties are in advanced plea discussions but have not yet been able to complete our discussions. In addition, government counsel is currently on trial.

If the Court grants this request, the parties submit that the exclusion of time until the next conference would be in the interest of justice under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A). In particular, the time is necessary to allow the parties to continue their plea discussions.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

Application granted on consent. Time is excluded under the Speedy Trial Act for the reasons set forth in this letter request.

SO ORDERED:
Date: 11/07/2024
Richard M. Berman, U.S.D.J.