**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                              :
                                                       :
                                Government,            :        23 CR. 482 (RMB)
                                                       :
        - against -                                    :        **ORDER**
                                                       :
                                                       :
XULIANG HOU,                                           :
YUNA LIN,                                              :
                                                       :
                                Defendant.             :
---------------------------------------------------------------x


        The status conference scheduled for Tuesday, December 10, 2024 at 9:00 A.M.

will take place in Courtroom 17B.



Dated: December 4, 2024
        New York, NY




                                        Richard M. Berman
                                _____

                                        RICHARD M. BERMAN
                                        U.S.D.J.