UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
                    Government,        :         23 Cr 482  (RMB)
                                       :
          - against -                  :         **ORDER**
                                       :
XULIANG HOU,                           :
                    Defendant.         :
-----------------------------------------------------------x

The Court is scheduling a conference in this matter for February 12, 2025 at 11:00 am in Courtroom 17 B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
       February 5, 2025

                                       _____
                                            **RICHARD M. BERMAN**
                                                 U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/25