UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,           :     23 CR. 482 (RMB)
                                           :
    - against -                             :     **ORDER**
                                           :
                                           :
XULIANG HOU,                               :
                                           :
                Defendant.            :
-------------------------------------------------------------x

       The sentencing scheduled for Tuesday, June 10, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: June 4, 2025
       New York, NY

                                        RICHARD M. BERMAN
                                        U.S.D.J.