**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

             -against-

XULIANG HOU,

             Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/25

**ORDER**

23 Cr 482 (RMB)

        The Court has received and reviewed Defendant's pro se letter dated, October 16, 2025 seeking to reinstate his right to appeal, and the Government's Opposition dated, November 4, 2025.

        As suggested in the Government's Opposition, the Court hereby orders that the Defendant advise the Court (by December 3, 2025) as to whether he wishes the Court to treat his October 16, 2025 letter as a motion under 28 U.S.C. § 2255. Defendant may also supplement such a motion so that it contains all § 2255 claims Defendant believes he may have.

        Defendant is further notified that any recharacterization of his current application into a 28 U.S.C. § 2255 application will be subject to the restrictions on second or successive petitions. *See Castro v. United States*, 540 U.S. 375 (2003).

        The Court expresses no opinion at this time as to whether the Defendant's claim(s) may be barred or whether they have any merit.

        The Clerk's Office is respectfully directed to send a copy of this Order to the Defendant.

Dated: New York, New York
         November 5, 2025



RICHARD M. BERMAN, U.S.D.J.